No. 1008, Misc. SMITH v. OLIVER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1017, Misc. ACOSTA v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Jerry T. Batts* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 1018, Misc. JUNEAU v. ALLGOOD, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1019, Misc. BEADLE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1020, Misc. ZUCKER v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1026, Misc. McCAULLEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1028, Misc. PARRA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1033, Misc. FIGARATTO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1034, Misc. RICHARDSON v. SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent. 

No. 1036, Misc. CONWAY v. CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.

No. 1037, Misc. CLEMONS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.